FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 05, 2019

SEAN F. McAVOY, CLERK

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| RAMONA R. O/B/O KGR.[1], <br><br>Plaintiff,<br><br>vs.<br><br>ANDREW M. SAUL, COMMISSIONER OF SOCIAL SECURITY,[2]<br><br>Defendant. | No. 1:19-CV-03084-MKD <br><br>**ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)**<br><br>**ECF Nos. 15, 22** |

Before the Court is the parties' Stipulated Motion for Remand, ECF No. 22, of the above-captioned matter to the Commissioner for additional administrative

---

[1] To protect the privacy of plaintiffs in social security cases, the undersigned identifies them only by their first names and the initial of their last names.

[2] Andrew M. Saul is now the Commissioner of the Social Security Administration. Accordingly, the Court substitutes Andrew M. Saul as the Defendant and directs the Clerk to update the docket sheet. *See* Fed. R. Civ. P. 25(d).

ORDER - 1

proceeding pursuant to sentence four of 42 U.S.C. § 405(g). Attorney D. James Tree represents Plaintiff. Attorney David Burdett represents Defendant. The parties have consented to proceed before a magistrate judge. ECF No. 9. After consideration, **IT IS HEREBY ORDERED** that:

 1. The District Court Executive is directed to substitute Andrew M. Saul as the Defendant and update the docket sheet.

 2. The parties' Stipulated Motion for Remand, **ECF No. 22**, is **GRANTED**.

 3. The above-captioned case be **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g).

 On remand, the parties stipulate that the ALJ will:

  (1) evaluate whether the severity of the claimant's impairments meet or medically equals the criteria of Listing 111.09;
  (2) evaluate the nonmedical source opinion evidence;
  (3) offer the claimant the opportunity for a new hearing;
  (4) take any further action needed to complete the administrative record; and
  (5) issue a new decision.

ECF No. 22 at 1-2.

 4. Judgment shall be entered for **PLAINTIFF**.

 5. Plaintiff's Motion for Summary Judgment, **ECF No. 15**, is **STRICKEN AS MOOT**.

 6. Upon proper presentation, this Court consider Plaintiff's application for fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

ORDER - 2

The District Court Executive is directed to enter this Order, **enter Judgment**, forward copies to counsel, and **CLOSE THE FILE**.

DATED December 5, 2019.

s/Mary K. Dimke<br>
MARY K. DIMKE<br>
UNITED STATES MAGISTRATE JUDGE

ORDER - 3